UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2574-3 (DEA) |
| ANTHONY DIMATTEO | : | <u>CONSENT ORDER TO</u><br><u>ADJOURN A PRELIMINARY HEARING</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorney, appearing), and defendant Anthony Dimatteo (Edward G. Washburne, Esq., appearing), for a consent order adjourning the preliminary hearing in this matter for a period of sixty days, and the defendant having had his initial appearance before the Court on September 10, 2012 at which time he was represented by the Federal Public Defender and was advised of his rights by the Court, and the Court having appointed Edward G. Washburne, Esq. as counsel in this matter on September 11, 2012, and the defendant having a right to a preliminary hearing no later than 21 days after his initial appearance, and defense counsel, on behalf of the defendant, having agreed to adjourn the preliminary hearing for 60 days, and the Government and the defense having represented that extraordinary circumstances exist and justice requires the delay, and the Government and the

defense having also previously consented to the entry of a Continuance Order pursuant to 18 U.S.C. § 3161(h)(7), and for good cause shown,

IT IS THE FINDING OF THIS COURT that the preliminary hearing in this matter should be continued for a period of sixty days for the following reasons:

(1) The Government and the defense have jointly requested the adjournment of the preliminary hearing for a period of sixty days;

(2) Pursuant to Federal Rule of Criminal Procedure 5.1(d), extraordinary circumstances exist and justice requires the delay.

IT IS, therefore, on this 21st day of September, 2012,

ORDERED that the time within a preliminary hearing in this matter must be scheduled is adjourned for a period sixty days.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant United States Attorney

_____
Edward G. Washburne, Esq.
Counsel for the Defendant